AO 455(Rev. 5/85) Waiver of Indictment

| | FILED |
|---|---|
| **UNITED STATES DISTRICT COURT** | APR 1 0 2008 |
| **SOUTHERN DISTRICT OF CALIFORNIA** | |

UNITED STATES OF AMERICA      **WAIVER OF INDICTMENT**

v.

MARK LAURICO-YENO      CASE NUMBER: 08CR 1113-H

I, <u>MARK LAURICO-YENO</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/10/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                       MARK LAURICO
                       Defendant

                       Counsel for Defendant

Before _____
       JUDICIAL OFFICER