

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 11 PM 12: 53

[stamp: CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA]
BY _____ KWH _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Mark Laurico-Yeno,<br><br>　　　　　　　Defendant. | CASE NO. 08cr1113-H<br><br>JUDGMENT OF DISMISSAL |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant (08cr1624) and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____　the Court has dismissed the case for unnecessary delay; or

_____　the Court has granted the motion of the Government for dismissal; or

_____　the Court has granted the motion of the defendant for a judgment of acquittal; or

_____　a jury has been waived, and the Court has found the defendant not guilty; or

_____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) of: 8 USC 1325 as charged in the two count Information.

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 2, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marilyn L Huff
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE